**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

NO. CAAP-10-0000087

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

In the Matter of THE ELVIN R. MEEK FAMILY TRUST,
DATED June 14, 1996, AS AMENDED

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TRUST NO. 05-1-0101)

ORDER GRANTING APPELLEE'S MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of Appellee's Motion to Dismiss Appeal, the papers in support, and the records and files herein, it appears that: (1) on October 19, 2010, Appellant Nanci Meek (Appellant) filed a notice of appeal; (2) on December 20, 2010, the appellate clerk filed the notice of entering case on calendar and notified Appellant the statement of jurisdiction was due on December 30, 2010, and the opening brief was due on January 31,

2011; (3) Appellant did not file either document; (4) on May 17, 2011, Appellee filed a motion to dismiss the appeal due to Appellant's failure to file the statement of jurisdiction and the opening brief; (5) Appellant did not respond to the motion to dismiss or file the statement of jurisdiction and the opening brief; (6) other than filing the notice of appeal on October 19, 2010, Appellant has taken no further action to prosecute her appeal; and (7) pursuant to HRAP Rule 30, an appeal may be dismissed for failure to file the opening brief.

Therefore, IT IS HEREBY ORDERED that Appellee's Motion to Dismiss Appeal is granted, and this appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 21, 2011.


Chief Judge


Associate Judge


Associate Judge